OWEN C. PEARCE ET AL., APPELLANTS, v. BOROUGH OF MANASQUAN ET AL., RESPONDENTS.

Submitted October 27, 1933—Decided January 5, 1934.

For the appellants, *Durand, Ivins & Carton.*

For the respondents, *Halsted H. Wainwright.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, LLOYD, CASE, BODINE, HEHER, PERSKIE, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, DILL, JJ. 14.